UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD ALLEN GRANBOIS,<br><br>Defendant. | Case No. CR-18-32-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of Possession with Intent to Distribute Methamphetamine and one count of Possession of a Firearm in Furtherance of a Drug Trafficking Crime, as set forth in the Indictment. Defendant further agrees to the forfeiture of property as described in the forfeiture count of the Indictment.

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea to Counts I and II of the Indictment and an informed

and voluntary admission to the allegation of forfeiture;

2. That the Defendant is aware of the nature of the charges against him and consequences of pleading guilty to the charges,

3. That the Defendant understands the allegation of forfeiture and the consequences of admitting to the allegation;

4. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty to Counts I and II charged against him in the Indictment and admitting to the allegation of forfeiture;

5. That the plea of guilty is a knowing and voluntary, both supported by an independent factual basis sufficient to prove each of the essential elements of Counts I and II in the Indictment charged and the legal basis for the forfeiture.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of the criminal charges in Counts I and II set forth in the Indictment, and that sentence be imposed. I further recommend the agreed forfeiture be imposed against the defendant.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea**

**Agreement and the presentence report**.

DATED this 22nd day of January, 2019.

John Johnston
United States Magistrate Judge